JOHN O'NEILL, as Administrator, etc., of JAMES O'NEILL, Deceased, Respondent, v. HUDSON RIVER DAY LINE, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

ETHEL R. PRAGER, Respondent, v. HARRY L. TOPLITZ and Others, Respondents. SAMSON L. TOPLITZ and BETTY M. HILBORN, as Executors, etc., of EDGAR M. TOPLITZ, Deceased, Appellants.— So much of the judgment and order appealed from as disallows the claim of the appellants for reimbursement for caretaker's wages, and also the charges for expressage, postage, inspection and selling expenses, is reversed upon the law and the facts, and a new hearing concerning those items is directed to be had before Hon. Isaac N. Mills, official referee. The allowances claimed by appellants seem to be justified, but in the present state of the record it does not appear how the sums paid for such care and for miscellaneous expenses are made up, and when and how they were disbursed. According to the record, appellants' attorney was to submit such proof, but apparently he failed to do so. We think that in justice to the appellants they should have an opportunity properly to present evidence showing the payments above referred to. No costs are allowed to any party. Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM ALLEN, etc., Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL CASSINO, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FEIDEN, Appellant.— Judgment of conviction by city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS V. LOMBARDO, Appellant.— Judgment of conviction of the County Court of Kings county, and order, unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. PHELAN, Appellant.— Judgment of conviction of the County Court of Nassau county reversed upon the law, and new trial granted. We are constrained to reverse this conviction because of the refusal of the learned county judge to accord defendant, in the face of his demand therefor, the time required by the Code of Criminal Procedure, sections 311 and 357, to plead and to prepare for trial. The error is not one that may be disregarded pursuant to section 542 of the Code of Criminal Procedure. (People v. Harper, 139 App. Div. 344.) Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.